O'Deane MUIR, as Guardian ad litem for O'Deane Muir, Jr., v. Annie KESSINGER, Administratrix of the Estate of Louis Wallner, Deceased.

No. 9736.

Circuit Court of Appeals, Ninth Circuit.

June 6, 1941.

Funkhouser & Twohy, of Spokane, Wash., for appellant.

Hamblen, Gilbert & Brooke, of Spokane, Wash., for appellee.

Before DENMAN, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of stipulation filed, ordered cause, 35 F.Supp. 116, remanded to the said District Court for further proceedings, without costs to either party.